IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00243-PAB-KLM

JAMIE STAUFFER,

    Plaintiff,

v.

NCC BUSINESS SERVICES, INC., a Florida corporation,

    Defendant.

---

## JUDGMENT UNDER FED. R. CIV. P. 68

---

Pursuant to the offer of judgment served February 26, 2013 and the acceptance thereof filed March 1, 2013, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Jamie Stauffer and against the Defendant NCC Business Services, Inc. in the amount of $1,001.00. In addition, Plaintiff's costs and reasonable attorney's fees are to be added to the Judgment as against Defendant; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of  0.17%  from the date of entry of Judgment.

    Dated at Denver, Colorado this 4th day of March, 2013.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          By: s/Edward P. Butler
                                          Edward P. Butler, Deputy Clerk